■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MELENDEZ, Appellant. [621 NYS2d 321] —Judgment, Supreme Court, Bronx County (Ira Globerman, J.), rendered December 12, 1991, convicting defendant, after a jury trial, of murder in the second degree and possession of a weapon in the second degree, and sentencing him to concurrent terms of 25 years to life and 7½ to 15 years, respectively, unanimously affirmed.

Contrary to defendant's contention, the prosecutor's cross-examination of defendant and remarks on summation did not deprive him of a fair trial. The cumulative effect of the prosecutorial comments did not portray defendant as having a propensity for homicidal violence. While the prosecutor's summation remark that this case involved a "murder * * * by this twice convicted felon" was improper, the trial court promptly issued curative instructions which the jury is presumed to have followed (see, People v Davis, 58 NY2d 1102, 1104). We have also reviewed defendant's pro se supplemental brief wherein he raises a claim of ineffective assistance of trial counsel and find said argument to be without merit. Concur—Asch, J. P., Rubin, Nardelli and Tom, JJ.